IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY LEE WALKER | § | |
| v. | § | CIVIL ACTION NO.  6:17cv166 |
| LORIE DAVIS, ET AL. | § | |

ORDER

The Plaintiff Johnny Lee Walker has filed a motion for extension of time in which to file a response to the Defendants' motion to dismiss.  The Court has reviewed this motion and has determined that it is meritorious.  It is accordingly

**ORDERED** that the Plaintiff's motion for extension of time (docket no. 32) is **GRANTED**.  The Plaintiff shall have until May 18, 2018, in which to file such response as he may have to the Defendants' motion to dismiss.

**So ORDERED and SIGNED this 11th day of April, 2018.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1