IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY LEE WALKER | § | |
| V. | § | CIVIL ACTION NO. 6:17-CV-166 |
| LORIE DAVIS, ET AL. | § | |

### NOTICE REGARDING CONTAMINATION IN CHOWHALL

Plaintiff Johnny Lee Walker ("Walker") filed his 42 U.S.C. § 1983 lawsuit complaining of the unconstitutional living condition in violation of the Eighth and Fouteenth Amendment of the United States.

Walker hereby notify the Court based on matter he has both witnessed and experienced. Walker has alleged multiple health violations in his original § 1983 filing. The delayed actions of the Court has place every general population at risk of their health.

The Coffield Unit chowhall B-Side dishwasher has been broke for over two month. Defendant Jeffery Catoe allowed kitchen captain Felicia Turner to set up two trash can full of water and she ordered the inmate workers to dip the soiled tray, cups and spoon in one trash can and rinse them in the other. She then ordered them to spray what food particles remain on the eating items and return them to the serving line. Over two thousand trays were washed in this manner. Literally the dishes were being washed in slop water because the trash buckets were never refreashed. Plus the drinking water is contaminated with feces.

Numerous inmates on this Unit are infected with **AIDS, HIV, HEPITITIS, HERPES** and other contagious infections. The dishes are not being washed at the 180°F required temperature. The manner in which the defendants are allowing the dishes to be washed do not protect me from these multiple viruses, diseases and illnesse.

Walker have been experience digestive problems. Many inmates have made the same complaint. Many are sickened by these multiple ACA health violations. Walker seeks and corrective injunction.

Executed on this the 28th day of June 2018.

Respectfully submitted,

*Johnny Lee Walker*
Johnny Lee Walker
2661 FM 2054
Tennessee Colony, TX 75884

Johnny Lee Walker # 1215501
2061 FM 2054
Tennessee Colony, TX 75884

"Legal Mail"

Office of the Clerk
U.S.D.C. Eastern Dist. of Texas
211 W. Ferguson St., Rm 106
Tyler, TX 75702

NORTH TEXAS TX PLDC
DALLAS TX 750

USA FOREVER