IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JOHNNY LEE WALKER, 1215501 §
V. § CIVIL ACTION NO. 6:17-CV-166
LORIE DAVIS, ET AL., DIRECTOR. §

### NOTICE OF EXTREME TEMPERATURE VIOLATION AND HEALTH HAZARDS AND RISK IN THE POPULATION SHOWER

Plaintiff Johnny Lee Walker hereby notify the Court of the ongoing violations by Defendants Collier, Catoe, Richardson, Davis and TDCJ in showing deliberate indifference and a callous disregard to Walker's health and safety.

#### I. EXTREME COLD CONDITION

The outer walls of the H.H. Coffield Unit comprises of thousands of windows of small panes. Hundreds of these windows are missing throughout the housing area and building hallways. The temperatures have falling in the 40's. Check Weather Service Center October 15, 2018. The coldest section of the living area is the ground floor, This is where the elderly and sickly is housed. No winter clothing or linen supplies have been passed out. The venting system blows cold air. In spite of the these extreme cold conditions, Defendant Catoe stated that he will not fix the missing windows or pass out winter necessities until October 31, 2018 - assuring the windows replacement will be done in the months of November and December.

To add to this suffering, the security guards opens all the hallway bay windows. This action keeps the living area colder than the outer temperatures because the cell are colder when the brick and iron become cold. The guards and TDCJ employees are dressed in their full winter gear, and they complain that they are cold.

Walker must suffer these inhumane conditions.

#### II. HEALTH HAZARDS AND RISKS IN THE POPULATION SHOWER

The Coffield Unit is currently conducting its annual lockdown. In a population of approximately 2,000 inmates, there are over 100 inmates that are infected with **AIDS, HIV, HEPATITIS, HERPES, STALPH,**

**CONTAGIOUS SKIN DISEASE.** and of these many have open wounds. Medical prescribed treatment that these inmates are to be showered in isolation to prevent infecting non-infected inmates.

Defendant Catoe have suspended all medical showers and have forced these infected inmates to shower with Walker during population shower. The Unit's shower heads are designed where inmates will be within two feet of the other when showering. There are no partition or dividers preventing the infectious bodily fluids of the infected inmate from splashing in Walker's face and on his body.

Defendant Catoe has ignored all of Medical's warnings and health risks and have chosen to place thousands of inmates at risk of contracting these diseases, bacterias and viruses. Walker is amongst the thousands and he is at riaks. The viruses are in themselves a silent death penalty in violation of TEXAS PENAL CODE § 22.11

Walker seeks and injuction asking that these violation be corrected.

Dated on this the 18th day of October 2018.

Respectfully submitted,

*Johnny Lee Walker*
Johnny Lee Walker
2661 FM 2054
Tennessee Colony, TX 75884
Pro Se Litigant

### PREVENTIVE RELIEF

The subject test adopted by the Supreme Court of the United States is consistent with the principle the "[o]ne does not have to wait the consummation of threatened injury to obtain preventive relief. See Pennsylvania v. Virginia, 262 U.S. 553, 43 S.Ct. 658.

Office of the Clerk
USDC Eastern District of Texas
211 W. Ferguson St., Rm106
Tyler TX 75702



October 18, 2018

RE: Johnny Lee Walker v. Lorie Davis, et al
    Civil Action No. 6:17-cv-166

Dear Clerk:

Please find enclosed a copy of NOTICE OF EXTREME TEMPERATURE VIOLATION AND HEALTH HAZARDS AND RISK IN THE POPULATION SHOWER to be filed in the above reference casue.

Please send me a copy of the docket sheet in this cause.

Know that your time and concern in the above matter is greatly appreciated.

Sincerely,

*Johnny Lee Walker*
Johnny Lee Walker
TDCJ#1215501
H.H. Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

cc: filed

Johnny Lee Walker
TDCJ # 1215501
2661 FM 2054
Tennessee Colony, TX 75884

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 24 2018
EASTERN DIST. OF TEXAS

Office of the Clerk
U.S. District Court of Texas
Eastern District
211 W. Ferguson St. Rm 106
Tyler, TX 75702