PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 6:17cv166 Walker v. Davis, et al

RECEIVED: R&R #43

on this 14th day of DEC, 2018, at 10:35 a.m./p.m.

at Cofield Unit
(Name of Institution)

_____  _____
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20____, AT_____
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

CLERK, U.S. DISTRICT COURT
RECEIVED DEC 17 2018
EASTERN DIST. OF TEXAS