IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY LEE WALKER #1215501 | § | |
| v. | § | CIVIL ACTION NO. 6:17cv166 |
| BRYAN COLLIER, ET AL. | § | |

FINAL JUDGMENT

The above-styled civil rights lawsuit having come before the Court for consideration, and a decision having been duly rendered, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

**So Ordered and Signed**
**Mar 28, 2019**

_____
Ron Clark, Senior District Judge